UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dwight Chris Jorgensen,

           Petitioner,

v.

B. Eischen,

           Respondent.

Case No. 22-CV-1383 (KMM/JFD)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty dated May 25, 2023. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

IT IS HEREBY ORDERED that Mr. Jorgensen's petition for a writ of habeas corpus [Dkt. No. 1] is **DISMISSED without prejudice** because it is not yet ripe.

**Let Judgment Be Entered Accordingly.**

Date: **August 25, 2023**              *s/ Katherine M. Menendez*
                                        Katherine M. Menendez
                                        United States District Judge